**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01940-LTB-MJW

VERONICA NAJERA,

        Plaintiff,

v.

PROFESSIONAL FINANCE COMPANY, INC., a Colorado corporation,

        Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc 6 - filed August 15, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                         BY THE COURT:

                                           s/Lewis T. Babcock
                                         Lewis T. Babcock, Judge

DATED:   August 16, 2012